```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01977-HWV
David R. Carson                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis            Page 1 of 1              Date Rcvd: May 08, 2019
                              Form ID: ntdeffil        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db          +David R. Carson,   10731 Worleytown Road,   Greencastle, PA 17225-9686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
        Aaron John Neuharth   on behalf of Debtor 1 David R. Carson aneuharth@neuharthlaw.com,
         smartin@neuharthlaw.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 3

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| David R. Carson, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−01977−HWV |

| **Notice** |
|---|

Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above−referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- 106Sum – Summary of Your Assets and Liabilities and Certain Statistical Information.
- 106Dec – Declaration About an Individual Debtor's Schedules.
- 106A/B – Schedule A/B: Property.
- 106C – Schedule C: The Property You Claim as Exempt.
- 106D – Schedule D: Creditors Who Have Claims Secured by Property.
- 106E/F – Schedule E/F: Creditors Who Have Unsecured Claims.
- 106G – Schedule G: Executory Contracts and Unexpired Leases.
- 106H – Schedule H: Your Codebtors.
- 106I – Schedule I: Your Income.
- 106J – Schedule J: Your Expenses:
- 107 – Statement of Financial Affairs for Individuals Filing for Bankruptcy.
- Employee Income Records (Payment Advices) – received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). <u>Social Security Number should be redacted</u>.
- 122C−1 – Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.
- 122C−2 – Chapter 13 Calcuation of Your disposal Income.
- 2030 – Disclosure of Compensation of Attorney for Debtor.
- Chapter 13 Plan. Local Bankruptcy Form 3015−1

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court | Terrence S. Miller |
| Ronald Reagan Federal Building | Clerk of the Bankruptcy Court: |
| 228 Walnut St, Rm 320 | By: KADavis, Deputy Clerk |
| Harrisburg, PA 17101−1737 | |
| (717) 901−2800 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 8, 2019 |

ntdeffil (Notice of Deficient Filing) (12/18)