## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     DAVID R. CARSON

<div align="center">Debtor(s)</div>

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

<div align="center">Movant</div>

CASE NO: 1-19-01977-HWV

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 18, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)     A Petition under Chapter 13 was filed on May 7, 2019.

2)     The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
     AND CALCULATION OF COMMITMENT PERIOD
    - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
    - CHAPTER 13 PLAN**

3)     If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

<div style="margin-left: 50%;">
Respectfully submitted,<br>
 s/ <u>Charles J. DeHart, III</u><br>
Standing Chapter 13 Trustee<br>
8125 Adams Drive, Suite A<br>
Hummelstown, PA 17036<br>
(717) 566-6097
</div>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    DAVID R. CARSON                    CHAPTER 13

                                             CASE NO: 1-19-01977-HWV

<u>**NOTICE**</u>

The debtor(s) filed a Chapter13 Bankruptcy Petition on May 7, 2019.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

> **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
> **  AND CALCULATION OF COMMITMENT PERIOD**
> **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
> **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

| | |
|---|---|
| **Date:** | **July 10, 2019** |
| **Time:** | **09:30 AM** |
| **Location:** | **Ronald Reagan Federal Bldg** |
| | **Bankruptcy Courtroom, 3rd Floor** |
| | **228 Walnut Street** |
| | **Harrisburg, PA 17101** |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **July 2, 2019**.  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ <u>Charles J. DeHart, III</u>
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Dated:  June 18, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    DAVID R. CARSON

                     Debtor(s)              CHAPTER 13

                                      CASE NO: 1-19-01977-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 18, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

AARON JOHN NEUHARTH            Served electronically
NEUHARTH LAW OFFICES
P.O. BOX 359
CHAMBERSBURG, PA  17201-

United States Trustee               Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

DAVID R. CARSON                Served by 1ST class mail
10731 WORLEYTOWN ROAD
GREENCASTLE, PA  17225

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 18, 2019             Vickie Williams
                                    for Charles J. DeHart, III, Trustee
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    Fax:  (717) 566-8313
                                    eMail: dehartstaff@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DAVID R. CARSON

                  Debtor(s)

      CHARLES J. DEHART, III
      CHAPTER 13 TRUSTEE
                Movant

      vs.

      DAVID R. CARSON

                Respondent(s)

CHAPTER 13

CASE NO: 1-19-01977-HWV

MOTION TO DISMISS

## ORDER DISMISSING CASE

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.