```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 19-01977-HWV
David R. Carson                                                 Chapter 13
        Debtor
                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis              Page 1 of 1              Date Rcvd: Jun 25, 2019
                              Form ID: pdf010            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db             +David R. Carson,    10731 Worleytown Road,   Greencastle, PA 17225-9686
5195539        +Chambersburg Imaging,    c/o Rickart Collection System, Inc.,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
5195540         Comcast Communications,    c/o Waypoint Resource Group,    PO Box 8588,
                 Round Rock, TX 78683-8588
5195541        +Dr. Facchina,    43 South Washington Street,   Greencastle, PA 17225-1351
5195543        +KML Law Group, P.C.,    701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
5195544         Mr. Cooper,    PO Box 650783,   Dallas, TX 75265-0783
5195545        +Prothonotary, Franklin County,    157 Lincoln Way East,   Chambersburg, PA 17201-2233
5195546         Roaring Springs Bottling,    c/o Credit Bureau of York,   33 S. Duke St,   York, PA 17401-1401
5195547        +Sue Myers, Tax Collector,    PO Box 154,   Greencastle, PA 17225-0154
5195550        +Waynesboro Internal Medacine,    1051 East Main Street, Suite 2,   Waynesboro, PA 17268-2318
5195552        +Winchester Anesthesia Associates,    c/o Robert L. Jones, III, Esquire,    PO Box 1,
                 Winchester, VA 22604-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5195537         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 19:04:43      Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
5195538        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 25 2019 19:04:12
                 Chambersburg Hospital,    c/o Credit Management Company,    2121 Nobelstown Road,
                 Pittsburgh, PA 15205-3956
5195542         E-mail/Text: cio.bncmail@irs.gov Jun 25 2019 19:04:01      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,   Philadelphia, PA 19101-7346
5195548        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 25 2019 19:03:55
                 Verizon Wireless,    PO Box 650051,   Dallas, TX 75265-0051
5195549        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 25 2019 19:04:12     Waynesboro Hospital,
                 c/o Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
5195551         E-mail/Text: bankruptcy@firstenergycorp.com Jun 25 2019 19:04:07      West Penn Power,
                 PO Box 16001,    Reading, PA 19612-6001
5210252        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 25 2019 19:04:07      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              Aaron John Neuharth   on behalf of Debtor 1 David R. Carson aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID R. CARSON

                  **Debtor 1**

Chapter: 13
Case No.: 1-19-bk-01977-HWV

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

List of Creditors (Mailing Matrix)

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: June 25, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)